UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | |
| *Plaintiff,* | |
| v. | Civil Action No. 25-1903 (RBW) |
| DEPARTMENT OF JUSTICE, | |
| *Defendant.* | |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc., and Defendant Department of Justice, on behalf of its component agency the Federal Bureau of Investigation ("FBI"), respectfully submit the following Joint Status Report in this Freedom of Information Act ("FOIA") matter pursuant to the Court's December 1, 2025 Minute Order:

1.      Plaintiff's Complaint arises from Plaintiff's April 2025 FOIA request directed to the FBI seeking certain "records regarding Mr. Michael Caputo." Compl. ¶ 5. Defendant answered the Complaint on August 1, 2025.

2.      In the previous Status Report of November 25, 2025, Defendant reported that it had completed its search for potentially records and located approximately 28 pages requiring review, and that it expected to make a first release of any non-exempt, responsive material in this matter on or around January 31, 2026.

3.      Defendant processed 28 pages and released 12 pages to the Plaintiff on January 30, 2026. Plaintiff does not believe the search is complete. Defendant seeks to confer with the Plaintiff

regarding any issues Plaintiff may have regarding the sufficiency of Defendant's search and production.

4.      Defendant therefore proposes to file a further Joint Status Report on or by May 26, 2026, to apprise the Court as to the status of Defendant's processing of Plaintiff's FOIA request.

*      *      *

Dated: February 25, 2025

Respectfully submitted,

*/s/ Christina Bobb*
Christina Bobb
D.C. Bar No. 90021326
JUDICIAL WATCH, INC.
425 Third Street SW,
Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: cbobb@judicialwatch.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney


*/s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
Email: samuel.settle@usdoj.gov

*Attorneys for the United States of America*